EPPERSON, administrator, *v.* STANCILL.

BECK, Presiding Justice. 1. The evidence in this case was sufficient to authorize the jury to return a verdict for the defendant. *Hill* v. *Hill,* 149 *Ga.* 50 (99 S. E. 31) ; *Landrum* v. *Rivers,* 148 *Ga.* 774 (98 S. E. 477).
2. The portions of the charge excepted to were not erroneous on the grounds taken in the motion for new trial.

*Judgment affirmed. All the Justices concur.*

No. 10733. AUGUST 7, 1935.

*F. M. Gleason,* for plaintiff. *M. L. Harris,* for defendant.